UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YUROK TRIBE; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>U.S. BUREAU OF RECLAMATION; KLAMATH WATER USERS ASSOCIATION,<br><br>   Defendants-counter-claimants-cross-claimants - Appellees,<br><br> NATIONAL MARINE FISHERIES SERVICE,<br><br>   Defendant - Appellee,<br><br>KLAMATH TRIBES,<br><br>   Intervenor-Defendant - Appellee,<br><br> v.<br><br>KLAMATH IRRIGATION DISTRICT,<br><br>   Intervenor-Defendant - Appellant,<br><br> v.<br><br>OREGON WATER RESOURCES DEPARTMENT, | No. 23-15521<br><br>D.C. No. 3:19-cv-04405-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

Cross-claim-defendant - Appellee.

This case is RELEASED from the Mediation Program.

FOR THE COURT:

cl/mediation

Sasha M. Cummings
Circuit Mediator